## A05A0745. DAVIS v. THE STATE.
### (631 SE2d 719)

RUFFIN, Chief Judge.

In *Davis v. State*,[1] we affirmed Norman Davis's convictions for child molestation, aggravated child molestation, and kidnapping. The Supreme Court granted Davis's petition for certiorari to consider certain issues.[2] However, the Supreme Court found that Davis did not timely file his notice of appeal in this Court and thus determined that we lacked jurisdiction over this matter.[3] In accordance with the Supreme Court's ruling, we hereby dismiss Davis's appeal.

*Appeal dismissed. Johnson, P. J., and Barnes, J., concur.*

DECIDED MAY 17, 2006.

Norman Davis, *pro se.*

*J. Brown Moseley, District Attorney, Charles M. Stines, Joseph K. Mulholland, Assistant District Attorneys*, for appellee.

---

[1] 273 Ga. App. 397 (615 SE2d 203) (2005).

[2] See *Davis v. State*, 280 Ga. 352 (628 SE2d 374) (2006).

[3] We note that Davis initially filed a timely notice of appeal, but the case was remanded to the trial court. He failed to file his second notice of appeal in a timely manner.